# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BLUSKY RESTORATION CONTRACTORS, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MIDSOUTH PROPERTY MAINTENANCE, LLC, )<br>)<br>Defendant. ) | No. 25-3025 |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Brian C. Lea for all further proceedings.

**IT IS SO ORDERED**, this 4th day of March, 2026.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE